UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
========================================

PROGRESSIVE NORTHERN INSURANCE COMPANY,

         Plaintiff,

v.

DANIEL BELTEMPO, FRANCINE BELTEMPO, PAMJAM, INC., JILCO EQUIPMENT LEASING COMPANY, INC., DANA'S PRO TRUCKING, INC., TRAILMOBILE CORP., TRAILMOBILE PARTS AND SERVICE CORP., THERMO KING CORP., INGERSOLL-RAND CO., LTD. and THERMO KING CORP., A UNIT OF INGERSOLL-RAND COMPANY LTD.,

         Defendants.
========================================

**07 CV 4033**

**JUDGE BRIEANT**

CORPORATE DISCLOSURE STATEMENT

Civil Action No. _____

2007 MAY 23 PM 12: 47
S.D. OF N.Y.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Dana's Pro Trucking, Inc. states that it is a New York domestic business corporation.

Dated: May 22, 2007

                        Respectfully submitted,

                        KENNEY SHELTON LIPTAK NOWAK LLP

                        By: _____
                             Judith Treger Shelton, Esq.
                             Timothy E. Delahunt, Esq.

                        *Attorneys for Defendant*
                        *Dana's Pro Trucking, Inc.*

                        510 Rand Building
                        14 Lafayette Square
                        Buffalo, New York 14203
                        Tel: (716) 853-3801
                        Fax: (716) 853-0265