UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PROGRESSIVE NORTHERN INSURANCE
COMPANY.

                                       Plaintiff,

                                        **NOTICE OF DEPOSITION**
       -against-                            CIV NO.: 07CV4033 (CLB)

DANIEL BELTEMPO, FRANCINE BELTEMPO,
PAMJAM, INC., JILCO EQUIPMENT LEASING
COMPANY, INC., DANA'S PRO TRUCKING INC.,
TRAILMOBILE CORP., TRAILMOBILE PARTS AND
SERVICE CORP., THERMO KING CORP.,
INGERSOLL-RAND CO., LTD., and THERMO KING
CORP., A UNIT OF INGERSOLL-RAND COMPANY
LTD.,

                                     Defendants.
------------------------------------------------------------x

S I R S :

       PLEASE TAKE NOTICE, that the testimony of all parties will be taken before a Notary Public who is not of counsel to either of the parties herein at the Law Office of Lori D. Fishman, 303 South Broadway, Suite 435, Tarrytown, NY 10591, on **January 23, 2008** at 10:00 a.m.

       The said all parties are to be examined with respect to the relevant and material allegations of fact put in issue by the pleadings in the action including negligence, contributory negligence, liability or damages.

       That for the purpose authorized by Rule 30 of the Federal Rules of Civil Procedure, the said all parties are required to produce at such examination any books, papers, records, documents, letters or other memoranda, writings or things as relate to the matters in controversy, including accident reports and medical records.

DATED:   Tarrytown, New York
         June 28, 2007

                                                Yours etc.,

                                                LAW OFFICE OF LORI D. FISHMAN

                                                _____
                                                GEORGE R. DIETER (GRD 0268)
                                                Attorney for Defendants
                                                **Trailmobile Corporation and**
                                                **Trailmobile Parts &**
                                                **Service Corporation**
                                                303 South Broadway, Suite 435
                                                Tarrytown, NY  10591
                                                (914) 524-5600
                                                File # 107220081

TO:   BURATTI, KAPLAN MCCARTHY & MCCARTHY
      **Attorney for Plaintiff**
      One Executive Boulevard - Suite 280
      Yonkers, NY  10701
      (914) 378-3900

      BAUMAN, KUNKIS & OCASCIO-DOUGLAS, P.C.
      Attorney for Defendants
      **Daniel Beltempo & Francine Beltempo**
      225 West 34th Street
      New York, NY  10122
      212-564-3555

      KENNY SHELTON LIPTAK NOWAK, LLP
      Attorney for Defendant
      **Dana's Pro Trucking, Inc.**
      14 Lafayette Square Suite 510
      Buffalo, NY  14203
      716-853-3801

      DONOHUE & PARTNERS, P.C.
      Attorney for Defendant
      **Pamjam, Inc.**
      90 Broad Street, Suite 1502
      New York, NY  10004
      212-972-5252

BARRY, MCTIERNAN & MOORE, ESQS.
Attorney for Defendant
**Jilco Equipment Leasing Company, Inc.**
55 Church Street, Suite 205
White Plains, NY  10601
914-946-1030

PORZIO, BROMBERG & NEWMAN, P.C.
Attorney for Defendants
**Thermo King Corp., Ingersoll-Rand Co., Ltd.and**
**Thermo King Corp., A Unit of Ingersoll-Rand Company, Ltd.**
156 West 56th Street Suite 803
New York, NY  10019-3800
212-265-6888

STATE OF NEW YORK          )
                            ss:
COUNTY OF WESTCHESTER      )

PAMELA M. HYLAND, being duly sworn deposes and says:

I am not a party to this action. I am over the age of 18 years. On July 05, 2007, I served the annexed **NOTICE OF DEPOSITION** upon the attorneys and/or parties listed below by depositing a true copy of the same into the care of the U.S. Postal Service within the State of New York directed to the said attorneys and/or parties as follows:

BURATTI, KAPLAN MCCARTHY & MCCARTHY
**Attorney for Plaintiff**
One Executive Boulevard - Suite 280
Yonkers, NY  10701

BAUMAN, KUNKIS & OCASCIO-DOUGLAS, P.C.
Attorney for Defendants
**Daniel Beltempo & Francine Beltempo**
225 West 34th Street
New York, NY  10122

KENNY SHELTON LIPTAK NOWAK, LLP
Attorney for Defendant
**Dana's Pro Trucking, Inc.**
14 Lafayette Square Suite 510
Buffalo, NY  14203

DONOHUE & PARTNERS, P.C.
Attorney for Defendant
**Pamjam, Inc.**
90 Broad Street, Suite 1502
New York, NY  10004

BARRY, MCTIERNAN & MOORE, ESQS.
Attorney for Defendant
**Jilco Equipment Leasing Company, Inc.**
55 Church Street, Suite 205
White Plains, NY  10601

PORZIO, BROMBERG & NEWMAN, P.C.
Attorney for Defendants
**Thermo King Corp., Ingersoll-Rand Co., Ltd.and**
**Thermo King Corp., A Unit of Ingersoll-Rand Company, Ltd.**
156 West 56th Street Suite 803
New York, NY  10019-3800

such being the address(es) previously designated for that purpose in the preceding papers in this action or being the last known address for that person.  Such service was done in full conformance with Rule 2103 of the CPLR.

_____
PAMELA M. HYLAND

Sworn to Before Me On
July 05, 2007

_____
Notary Public

===============================================================================
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PROGRESSIVE NORTHERN INSURANCE
COMPANY.

                                                Plaintiff,

   *-against-*                                      07CV4033 (CLB)

DANIEL BELTEMPO, FRANCINE BELTEMPO,
PAMJAM, INC., JILCO EQUIPMENT LEASING
COMPANY, INC., DANA'S PRO TRUCKING INC.,
TRAILMOBILE CORP., TRAILMOBILE PARTS AND
SERVICE CORP., THERMO KING CORP.,
INGERSOLL-RAND CO., LTD., and THERMO KING
CORP., A UNIT OF INGERSOLL-RAND COMPANY
LTD.,

                                                Defendants.
------------------------------------------------------------x
===============================================================================

## NOTICE OF DEPOSITION

===============================================================================

**LAW OFFICE OF LORI D. FISHMAN**
**Attorney for Defendant(s)**
Trailmobile Corporation and Trailmobile Parts & Service Corporation
**303 South Broadway, Suite 435**
**Tarrytown, N.Y.  10591**
**(914) 524-5600**

===============================================================================

       **By:**_____
               **George R. Dieter**

===============================================================================

PLEASE TAKE NOTICE:
     **NOTICE OF ENTRY**
that the within a (certified) true copy of an
duly entered in the office of the clerk of the within named court on

     **NOTICE OF SETTLEMENT**
that an                                    , of which the within is a true copy, will be presented for settlement to the Hon.
, one of the judges of the within named Court, at                              , on                                    , at
.

DATED:

                                                      Yours etc.,
                                                      LAW OFFICE OF LORI D. FISHMAN