UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PROGRESSIVE NORTHERN INSURANCE
COMPANY.

                            Plaintiff,

            -against-

DANIEL BELTEMPO, FRANCINE BELTEMPO,
PAMJAM, INC., JILCO EQUIPMENT LEASING
COMPANY, INC., DANA'S PRO TRUCKING INC.,
TRAILMOBILE CORP., TRAILMOBILE PARTS AND
SERVICE CORP., THERMO KING CORP.,
INGERSOLL-RAND CO., LTD., and THERMO KING
CORP., A UNIT OF INGERSOLL-RAND COMPANY
LTD.,

                            Defendants.
-----------------------------------------------------------x

**DEMAND FOR VERIFIED
BILL OF PARTICULARS**
CIV NO.:  07CV4033 (CLB)

S I R S :

PLEASE TAKE NOTICE that the defendants, **Trailmobile Parts & Service Corporation and**

**Trailmobile Corporation**, by their attorney LAW OFFICE OF LORI D. FISHMAN, hereby

demand(s) that a Verified Bill of Particulars be served in response to the following:

1. Set forth the names, addresses and policy number of any insurance companies issuing policies to **Trailmobile Parts & Service Corporation and Trailmobile Corporation** for the underlying action.

2. Set forth to whom and when notice was given in the underlying action to **Trailmobile Parts & Service Corporation and Trailmobile Corporation** by or on behalf of the plaintiff herein..

3. If oral, a description of the demand made upon the defendants, **Trailmobile Parts & Service Corporation and Trailmobile Corporation**, for defense and indemnification in the underlying action;

        a. The date of the demand;

        b. The identity of the party uon whom the demand was made;

        c. The particulars of the demand; and

        d. The policies under which the demand was made.

DATED:   Tarrytown, New York
          July 5, 2007

                                 Yours etc.,

                                 LAW OFFICE OF LORI D. FISHMAN

                                 _____

                                 GEORGE R. DIETER (GRD 0268)
                                 **Attorney for Defendants**
                                 **Trailmobile Corporation and**
                                 **Trailmobile Parts & Service**
                                 **Corporation**
                                 303 South Broadway, Suite 435
                                 Tarrytown, NY  10591
                                 (914) 524-5600
                                 File # 107220081

TO:     BURATTI, KAPLAN MCCARTHY & MCCARTHY
           **Attorney for Plaintiff**
           One Executive Boulevard - Suite 280
           Yonkers, NY  10701
           (914) 378-3900

           BAUMAN, KUNKIS & OCASCIO-DOUGLAS, P.C.
           Attorney for Defendants
           **Daniel Beltempo & Francine Beltempo**
           225 West 34th Street
           New York, NY  10122
           212-564-3555

           KENNY SHELTON LIPTAK NOWAK, LLP
           Attorney for Defendant
           **Dana's Pro Trucking, Inc.**
           14 Lafayette Square Suite 510
           Buffalo, NY  14203
           716-853-3801

           DONOHUE & PARTNERS, P.C.
           Attorney for Defendant
           **Pamjam, Inc.**
           90 Broad Street, Suite 1502
           New York, NY  10004
           212-972-5252

           BARRY, MCTIERNAN & MOORE, ESQS.
           Attorney for Defendant
           **Jilco Equipment Leasing Company, Inc.**
           55 Church Street, Suite 205
           White Plains, NY  10601
           914-946-1030

PORZIO, BROMBERG & NEWMAN, P.C.
Attorney for Defendants
**Thermo King Corp., Ingersoll-Rand Co., Ltd.and**
**Thermo King Corp., A Unit of Ingersoll-Rand Company, Ltd.**
156 West 56th Street Suite 803
New York, NY  10019-3800
212-265-6888

STATE OF NEW YORK        )
                                         ss:
COUNTY OF WESTCHESTER   )

PAMELA M. HYLAND, being duly sworn deposes and says:

I am not a party to this action. On July 5, 2007, I am over the age of 18 years. I served the

annexed **DEMAND FOR VERIFIED BILL OF PARTICULARS** upon the attorneys and/or parties

listed below by depositing a true copy of the same into the care of the U.S. Postal Service within the

State of New York directed to the said attorneys and/or parties as follows:

BURATTI, KAPLAN MCCARTHY & MCCARTHY
**Attorney for Plaintiff**
One Executive Boulevard - Suite 280
Yonkers, NY  10701

BAUMAN, KUNKIS & OCASCIO-DOUGLAS, P.C.
Attorney for Defendants
**Daniel Beltempo & Francine Beltempo**
225 West 34th Street
New York, NY  10122

KENNY SHELTON LIPTAK NOWAK, LLP
Attorney for Defendant
**Dana's Pro Trucking, Inc.**
14 Lafayette Square Suite 510
Buffalo, NY  14203

DONOHUE & PARTNERS, P.C.
Attorney for Defendant
**Pamjam, Inc.**
90 Broad Street, Suite 1502
New York, NY  10004

BARRY, MCTIERNAN & MOORE, ESQS.
Attorney for Defendant
**Jilco Equipment Leasing Company, Inc.**
55 Church Street, Suite 205
White Plains, NY  10601

PORZIO, BROMBERG & NEWMAN, P.C.
Attorney for Defendants
**Thermo King Corp., Ingersoll-Rand Co., Ltd.and**
**Thermo King Corp., A Unit of Ingersoll-Rand Company, Ltd.**
156 West 56th Street Suite 803
New York, NY  10019-3800

such being the address(es) previously designated for that purpose in the preceding papers in this action

or being the last known address for that person.  Such service was done in full conformance with Rule

2103 of the CPLR.


‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ _____
‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ PAMELA M. HYLAND

Sworn to Before Me On
July 5, 2007


_____

===============================================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
PROGRESSIVE NORTHERN INSURANCE
COMPANY.

                     Plaintiff,

    *-against-*                07CV4033 (CLB)

DANIEL BELTEMPO, FRANCINE BELTEMPO,
PAMJAM, INC., JILCO EQUIPMENT LEASING
COMPANY, INC., DANA'S PRO TRUCKING INC.,
TRAILMOBILE CORP., TRAILMOBILE PARTS AND
SERVICE CORP., THERMO KING CORP.,
INGERSOLL-RAND CO., LTD., and THERMO KING
CORP., A UNIT OF INGERSOLL-RAND COMPANY
LTD.,

                   Defendants.
--------------------------------------------------------x

===============================================================

## DEMAND FOR VERIFIED BILL OF PARTICULARS

===============================================================

# LAW OFFICE OF LORI D. FISHMAN
**Attorney for Defendant(s)**
**303 South Broadway, Suite 435**
**Tarrytown, N.Y.  10591**
**(914) 524-5600**

===============================================================

       By:_____
       George R. Dieter

===============================================================

TO:

                                    Service of a copy of the within is
                                    hereby admitted:
                                    DATED:_____
                                    _____
                                    _____

Attorney(s) for

===============================================================

PLEASE TAKE NOTICE:
       **NOTICE OF ENTRY**
that the within a (certified) true copy of an
duly entered in the office of the clerk of the within named court on

       **NOTICE OF SETTLEMENT**
that an _____, of which the within is a true copy, will be presented for settlement to the
Hon. _____, one of the judges of the within named Court, at            ,
on _____, at _____.

DATED:                          Yours, etc.,
                          LAW OFFICE OF LORI D. FISHMAN