UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PROGRESSIVE NORTHERN INSURANCE
COMPANY.

                          Plaintiff,

    -against-

DANIEL BELTEMPO, FRANCINE BELTEMPO,
PAMJAM, INC., JILCO EQUIPMENT LEASING
COMPANY, INC., DANA'S PRO TRUCKING INC.,
TRAILMOBILE CORP., TRAILMOBILE PARTS AND
SERVICE CORP., THERMO KING CORP.,
INGERSOLL-RAND CO., LTD., and THERMO KING
CORP., A UNIT OF INGERSOLL-RAND COMPANY
LTD.,

                          Defendants.
------------------------------------------------------------x

**NOTICE DECLINING FAX**

INDEX NO.: 07CV4033 (CLB)

S I R S :

    PLEASE TAKE NOTICE, that the defendants, **Trailmobile Parts & Service Corporation and Trailmobile Corporation.,** hereby decline receipt of service of legal papers of any type whatsoever by facsimile or other electric means pursuant to FRCP Section 5.

DATED:   Tarrytown, New York
              June 28, 2007

                                            Yours etc.,

                                            LAW OFFICE OF LORI D. FISHMAN

                                            _____
                                            GEORGE R. DIETER (GRD 0268)
                                            Attorney for Defendants
                                            **Trailmobile Corporation and**
                                            **Trailmobile Parts &**
                                            **Service Corporation**
                                            303 South Broadway, Suite 435
                                            Tarrytown, NY  10591
                                            (914) 524-5600
                                            File # 107220081

TO:    BURATTI, KAPLAN MCCARTHY & MCCARTHY
         **Attorney for Plaintiff**
          One Executive Boulevard - Suite 280
          Yonkers, NY  10701
          (914) 378-3900

BAUMAN, KUNKIS & OCASCIO-DOUGLAS, P.C.
Attorney for Defendants
**Daniel Beltempo & Francine Beltempo**
225 West 34th Street
New York, NY  10122
212-564-3555

KENNY SHELTON LIPTAK NOWAK, LLP
Attorney for Defendant
**Dana's Pro Trucking, Inc.**
14 Lafayette Square Suite 510
Buffalo, NY  14203
716-853-3801

DONOHUE & PARTNERS, P.C.
Attorney for Defendant
**Pamjam, Inc.**
90 Broad Street, Suite 1502
New York, NY  10004
212-972-5252

BARRY, MCTIERNAN & MOORE, ESQS.
Attorney for Defendant
**Jilco Equipment Leasing Company, Inc.**
55 Church Street, Suite 205
White Plains, NY  10601
914-946-1030

PORZIO, BROMBERG & NEWMAN, P.C.
Attorney for Defendants
**Thermo King Corp., Ingersoll-Rand Co., Ltd.and**
**Thermo King Corp., A Unit of Ingersoll-Rand Company, Ltd.**
156 West 56th Street Suite 803
New York, NY  10019-3800
212-265-6888

STATE OF NEW YORK         )
                          ss:
COUNTY OF WESTCHESTER     )

PAMELA M. HYLAND, being duly sworn deposes and says:

I am not a party to this action. I am over the age of 18 years. On July 05, 2007, I served the annexed **NOTICE DECLINING FAX** upon the attorneys and/or parties listed below by depositing a true copy of the same into the care of the U.S. Postal Service within the State of New York directed to the said attorneys and/or parties as follows:

BURATTI, KAPLAN MCCARTHY & MCCARTHY
**Attorney for Plaintiff**
One Executive Boulevard - Suite 280
Yonkers, NY  10701

BAUMAN, KUNKIS & OCASCIO-DOUGLAS, P.C.
Attorney for Defendants
**Daniel Beltempo & Francine Beltempo**
225 West 34th Street
New York, NY  10122

KENNY SHELTON LIPTAK NOWAK, LLP
Attorney for Defendant
**Dana's Pro Trucking, Inc.**
14 Lafayette Square Suite 510
Buffalo, NY  14203

DONOHUE & PARTNERS, P.C.
Attorney for Defendant
**Pamjam, Inc.**
90 Broad Street, Suite 1502
New York, NY  10004

BARRY, MCTIERNAN & MOORE, ESQS.
Attorney for Defendant
**Jilco Equipment Leasing Company, Inc.**
55 Church Street, Suite 205
White Plains, NY  10601

PORZIO, BROMBERG & NEWMAN, P.C.
Attorney for Defendants
**Thermo King Corp., Ingersoll-Rand Co., Ltd.and**
**Thermo King Corp., A Unit of Ingersoll-Rand Company, Ltd.**
156 West 56th Street Suite 803
New York, NY  10019-3800

such being the address(es) previously designated for that purpose in the preceding papers in this action or being the last known address for that person. Such service was done in full conformance with Rule 2103 of the CPLR.

_____
PAMELA M. HYLAND

Sworn to Before Me On
July 05, 2007


_____

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```
PROGRESSIVE NORTHERN INSURANCE COMPANY.

                                      Plaintiff,

   *-against-*                                           07CV4033 (CLB)

DANIEL BELTEMPO, FRANCINE BELTEMPO, PAMJAM, INC., JILCO EQUIPMENT LEASING COMPANY, INC., DANA'S PRO TRUCKING INC., TRAILMOBILE CORP., TRAILMOBILE PARTS AND SERVICE CORP., THERMO KING CORP., INGERSOLL-RAND CO., LTD., and THERMO KING CORP., A UNIT OF INGERSOLL-RAND COMPANY LTD.,

                                      Defendants.
```
------------------------------------------------------------x
================================================================
```

## **NOTICE DECLINING FAX**

```
================================================================
```

### **LAW OFFICE OF LORI D. FISHMAN**
**Attorney for Defendant(s)**
303 South Broadway, Suite 435
Tarrytown, N.Y. 10591
(914) 524-5600

================================================================

    By:_____
    George R. Dieter

================================================================

TO:

                                               Service of a copy of the within is hereby admitted:
                                               DATED:_____
                                               _____
                                               _____

Attorney(s) for
================================================================
PLEASE TAKE NOTICE:
    **NOTICE OF ENTRY**
that the within a (certified) true copy of an
duly entered in the office of the clerk of the within named court on

    **NOTICE OF SETTLEMENT**
that an             , of which the within is a true copy, will be presented for settlement to the Hon.               , one of the judges of the within named Court, at         ,
on               , at           .

DATED:                                           Yours, etc.,
                                             LAW OFFICE OF LORI D. FISHMAN