**BURATTI, KAPLAN, McCARTHY & McCARTHY**
*ATTORNEYS & COUNSELORS AT LAW*
ONE EXECUTIVE BOULEVARD, SUITE 280
YONKERS, NEW YORK 10701

(914) 378-3900
FAX (914) 375-4168

*Salaried Employees of Progressive Resource Services*

JOHN C. BURATTI
JAMES P. McCARTHY
ROBERT F. McCARTHY•

PHILIP M. AGLIETTI
ALEASE A. BROWN
ROBERT B. BROWN
THOMAS I. CHIOFOLO•
JUSTIN M. DELAIRE
JEFFREY A. DOMOTO
ALEX FOOKSMAN"
VANESSA A. GOMEZ"†
DEBRA A. KELLMAN

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
•ALSO ADMITTED IN DISTRICT OF COLUMBIA

HOWARD J. KAPLAN*
- NATIONAL TRAINING & RISK MANAGER -

JAMES J. McGUIRE
ROBERT J. PERMUTT"
OLIVIA D. ROSARIO
JULIE M. SHERWOOD†
EDWARD B. SUH"
E. RICHARD VIEIRA
STEPHANIE VITIELLO*
MICHAEL A. ZARKOWER"

July 17, 2007

**Via Fax (914) 390-4085**
Hon. Charles L. Brieant
United States District Court-Southern District of New York
United States Courthouse
300 Quarropas Street- Room 275
White Plains, New York 10601

Re:   **PROGRESSIVE V. BELTEMPO, ET. AL**
CIV #:   07CV4033 (CLB)
Our File No.: 21503-UM (MZ)

Dear Hon. Brieant:

Please be advised that it is hereby agreed and consented by all parties, that the Scheduling Conference in the above action, which was scheduled to be heard before the Court on July 20, 2007 at 9:00 a.m. is to be adjourned because an answer has not been received from Defendant, PAMJAMS, a necessary party in this case.

If you have any questions, or concerns, you may contact me at (914) 378-3917. Thank you for your kind consideration in this matter.

Very truly yours,

MICHAEL A. ZARKOWER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____