SCHINDEL FARMAN, LIPSIUS,
 GARDNER & RABINOVICH, L.L.P
14 Penn Plaza, Suite 500
New York, New York 10122
(212) 563-1710
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE NORTHERN INSURANCE
COMPANY,

              Plaintiff,

vs.

DANIEL BELTEMPO, FRANCINE BELTEMPO,
PAMJAM, INC., JILCO EQUIPMENT LEASING
COMPANY, INC., DANA'S PRO TRUCKING
INC., TRAILMOBILE CORP., TRAILMOBILE
PARTS AND SERVICE CORP., THERMO KING
CORP., INGERSOLL-RAND CO., LTD., and
THERMO KING CORP., A UNIT OF
INGERSOLL-RAND COMPANY LTD.,

              Defendants.

---

Civil Action No. 07-CV-4033

**SUBSTITUTION OF ATTORNEY**
*to order*

IT IS HEREBY CONSENTED THAT Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, of 14 Penn Plaza, Suite 500, New York, New York 10122, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: July 19, 2007
      New York, New York

*/s/ Philip A. Bramson*
Philip A. Bramson
SCHINDEL FARMAN, LIPSIUS,
 GARDNER & RABINOVICH, L.L.P
14 Penn Plaza, Suite 500
New York, New York 10122
(212) 563-1710
Attorneys for Plaintiff

*/s/ Michael A. Zarkower*
Michael A. Zarkower
BURATTI, KAPLAN, McCARTHY &
McCARTHY
One Executive Boulevard - Suite 280
Yonkers, New York 10701
(914) 378-3917
Attorneys for Plaintiff

So ordered: July 20, 2007
*Charles L. Brieant*
USDJ