UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
PROGRESSIVE NORTHERN INSURANCE COMPANY,

       Plaintiffs,

   -against-

DANIEL BELTEMPO, FRANCINE BELTEMPO,
PAMJAM, INC. and JILCO EQUIPMENT LEASING
COMPANY, INC., DANA'S PRO TRUCKING INC.,
TRAILMOBILE CORP., TRAILMOBILE PARTS AND
SERVICE CORP., THERMO KING CORP.,
INGERSOLL-RAND CO. LTD., and THERMO KING
CORP., a unit of INGERSOLL-RAND COMPANY
LIMITED,

       Defendants.
---------------------------------------X

Civ. No. 07CV4033
(CLB)

NOTICE OF APPEARANCE

S I R S :

  PLEASE TAKE NOTICE, that defendants DANIEL BELTEMPO and FRANCINE BELTEMPO hereby appear in the above-entitled matter by MARIA DEL PILAR OCASIO-DOUGLAS, ESQ. of BAUMAN, KUNKIS & OCASIO-DOUGLAS, P.C.

Dated: New York, New York
    August 3, 2007

        BAUMAN, KUNKIS & OCASIO-DOUGLAS, P.C.
        By: _____
        MARIA DEL PILAR OCASIO-DOUGLAS, ESQ.
        (MO 7875)
        Attorneys for Defendants
        DANIEL BELTEMPO and FRANCINE
        BELTEMPO
        225 West 34th Street
        New York, New York 10122
        (212)564-3555

TO:
Buratti, Kaplan, McCarthy & McCarthy
One Executive Boulevard - Suite 280
Yonkers, NY  10701
    Attorneys for Plaintiff
    File No. 21503-UM (MAZ)

Pamjam, Inc.
57 Plain Road
Walden, NY  12586

Donohue & Partners, P.C.
Attorneys for Defendant(s)
PAMJAM, INC.
90 Broad Street, Suite 1502
New York, New York 10004
(212) 972-5252

Barry, McTiernan & Moore
Attorneys for Defendant(s)
JILCO EQUIPMENT LEASING CO., INC.
55 Church Street
White Plains, NY 10601
(914) 946-1030

Kenney Shelton Liptak Nowak LLP
Attorneys for Defendant
DANA'S PRO TRUCKING, INC.
14 Lafayette Square, Suite 510 Rand Building
Buffalo, NY  14203

Law Office of Thomas K. Moore
Attorneys for Defendant(s)
 DANA`S PRO TRUCKING, INC.
701 Westchester Avenue, Suite 101W
White Plains, NY 10604
(914) 285-8500

Law Office of Lori D. Fishman
Attorneys for Defendant(s)
TRAILMOBILE    CORPORATION    AND    TRAILMOBILE    PARTS    &    SERVICE CORPORATION
303 South Broadway, Suite 435
Tarrytown, NY 10591
(914) 524-5600

Thermo King Corp.
441 County Route 56
Middletown, NY  10940

Thermo King Corp.,
A Unit of Ingersol-Rand Company LTD
441 County Route 56
Middletown, NY  10940

```
Thermo King Corp.
Road 9 Box 75 (Route 6)
Middletown, NY  10940

Thermo King Corp.,
A Unit of Ingersol-Rand Company LTD
Road 9 Box 75 (Route 6)
Middletown, NY  10940

Ingersol-Rand Company LTD
98 Route 10
East Hanover, NJ  07936

Ingersoll-Rand Company, Ltd.
200 Chestnut Ridge Road
Woodcliff, NJ  07675

Porzio Bromberg & Newman, P.C.
Attorneys for Defendant(s)
INGERSOLL-RAND COMPANY LIMITED AND THERMO KING CORPORATION
156 West 56th Street
New York, NY 10019-3800
(212) 265-6888
```

AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

CATHY SCHAFFER, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau in the State of New York.

I served a true copy of the annexed Notice of Appearance on August 3, 2007 by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

TO:
Buratti, Kaplan, McCarthy & McCarthy
One Executive Boulevard - Suite 280
Yonkers, NY  10701
    Attorneys for Plaintiff
    File No. 21503-UM (MAZ)

Pamjam, Inc.
57 Plain Road
Walden, NY  12586

Donohue & Partners, P.C.
Attorneys for Defendant(s)
PAMJAM, INC.
90 Broad Street, Suite 1502
New York, New York 10004
(212) 972-5252

Barry, McTiernan & Moore
Attorneys for Defendant(s)
JILCO EQUIPMENT LEASING CO., INC.
55 Church Street
White Plains, NY 10601
(914) 946-1030

Kenney Shelton Liptak Nowak LLP
Attorneys for Defendant
DANA'S PRO TRUCKING, INC.
14 Lafayette Square, Suite 510 Rand Building
Buffalo, NY  14203

Law Office of Thomas K. Moore
Attorneys for Defendant(s)
 DANA`S PRO TRUCKING, INC.
701 Westchester Avenue, Suite 101W
White Plains, NY 10604
(914) 285-8500

Law Office of Lori D. Fishman
Attorneys for Defendant(s)
TRAILMOBILE CORPORATION AND TRAILMOBILE PARTS & SERVICE CORPORATION
303 South Broadway, Suite 435
Tarrytown, NY 10591
(914) 524-5600

Thermo King Corp.
441 County Route 56
Middletown, NY  10940

Thermo King Corp.,
A Unit of Ingersol-Rand Company LTD
441 County Route 56
Middletown, NY  10940

Thermo King Corp.
Road 9 Box 75 (Route 6)
Middletown, NY  10940

Thermo King Corp.,
A Unit of Ingersol-Rand Company LTD
Road 9 Box 75 (Route 6)
Middletown, NY  10940

Ingersol-Rand Company LTD
98 Route 10
East Hanover, NJ  07936

Ingersoll-Rand Company, Ltd.
200 Chestnut Ridge Road
Woodcliff, NJ  07675

Porzio Bromberg & Newman, P.C.
Attorneys for Defendant(s)
INGERSOLL-RAND COMPANY LIMITED AND THERMO KING CORPORATION
156 West 56th Street
New York, NY 10019-3800
(212) 265-6888

_____
CATHY SCHAFFER

Sworn to before me August 3, 2007

_____
Notary Public

MARIA DEL PILAR OCASIO-DOUGLAS
Notary Public State of New York
No. 02-OC6012491
Qualified in Bronx County
Commission Expires Aug. 31, 2010