# SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP

### ATTORNEYS AT LAW

14 PENN PLAZA

SUITE 500

NEW YORK, N.Y. 10122

E-Mail: pbramson@sfl-legal.com
Direct Dial (212) 981-8444

(212) 563-1710

FACSIMILE (212) 695-6602

WEBSITE: www.sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, N.J. 08816
(732) 390-0166
FACSIMILE (732) 432-7706

September 27, 2007

*VIA FACSIMILE*

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601
Fax No.: (914) 390-4085

    Re:    *Progressive Northern Insurance Co. v. Beltempo*
           Civil Action No.:   7:07-cv-04033-CLB
           Our File No.:       2563.0072

Dear Judge Brieant:

       As per our conversation with chambers this morning, this will confirm that the case management conference in the above-referenced matter, which was scheduled presently for Friday, September 28, 2007, has been adjourned to Friday, November 30, 2007, at 9:00 A.M. By copy of this letter, we are advising all counsel of record of the change.

       Thank you for your consideration in this matter.

                                                        Respectfully,

                                        SCHINDEL, FARMAN, LIPSIUS,
                                        GARDNER & RABINOVICH, LLP

                                        Philip A. Bramson

PAB/ea

cc:    (via Facsimile):
       Maria Del Pilar Ocasio-Douglas, Esq. (212.564.2841)
       Judith Treger Shelton, Esq. (716.853.0265)
       George Raymond Dieter, Esq. (914.524.5742)