# SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
## ATTORNEYS AT LAW
### 14 PENN PLAZA
### SUITE 500
### NEW YORK, N.Y. 10122

E-Mail: pbramson@sfl-legal.com
Direct Dial (212) 981-8444

(212) 563-1710
FACSIMILE (212) 695-6602
WEBSITE: www.sfl-legal.com

NEW JERSEY OFFICE
[address illegible]

**MEMO ENDORSED**

*[handwritten endorsement]*

July 1, 2008

**Via Facsimile**

Roger Kunkis, Esq.
Bauman, Kunkis & Ocasio-Douglas
14 Penn Plaza, Suite 2208
New York, NY 10122
(212) 564-2841

Judith Treger Shelton, Esq.
Kenney Shelton Liptak Nowak, LLP
14 Lafayette Square, Suite 510 Rand Building
Buffalo, NY 14203
(716) 853-0265

George Raymond Dieter, Esq.
Law Office of Lori D. Fishman
303 South Broadway, Suite 435
Tarrytown, NY 10591
(914) 524-5742

Thomas J. Leonard, Esq.
Barry, McTiernan & Moore
55 Church Street
White Plains, NY 10601
(914) 946-3814

Re: *Progressive Northern Insurance Co. v. Beltempo*
Civil Action No.: 7:07-cv-04033-CLB
Our File No.: 2563.0072

Ladies and Gentlemen:

To date, we have not received a response to our correspondence of June 16, 2008, regarding a schedule for summary judgment motions in the above-referenced matter. We propose, therefore, the following schedule:

| | |
|---|---|
| Initial Briefs Due: | August 19, 2008 |
| Opposition Briefs Due: | August 29, 2008 |
| Reply Briefs Due: | September 5, 2008 |
| Return Date (Oral Argument): | September 12, 2008 |

By copy of this letter, we are advising the Court of this proposed schedule. If you have any objections or concerns, please advise the undersigned by July 11, 2008.

SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP

Page 2
All Counsel of Record
July 1, 2008

Thank you for your attention to this matter.

                    Very truly yours,
                    SCHINDEL, FARMAN, LIPSIUS,
                    GARDNER & RABINOVICH, LLP

                    Philip A. Bramson

PAB/lp

cc:    Via Facsimile
       Ms. Alice Cama, Chambers of The Honorable Charles L. Brieant (914.390.4085)