## SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
### ATTORNEYS AT LAW
14 PENN PLAZA
SUITE 500
NEW YORK, N.Y. 10122

(212) 563-1710
FACSIMILE (212) 695-6602
WEBSITE: www.sfl-legal.com

E-Mail: pbramson@sfl-legal.com
Direct Dial (212) 981-8444

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, NJ. 08816
(732) 390-0166
FACSIMILE (732) 432-7708

June 16, 2008

**Via Facsimile**

Roger Kunkis, Esq.
Bauman, Kunkis & Ocasio-Douglas
14 Penn Plaza, Suite 2208
New York, NY 10122
(212) 564-2841

Judith Treger Shelton, Esq.
Kenney Shelton Liptak Nowak, LLP
14 Lafayette Square, Suite 510 Rand Building
Buffalo, NY 14203
(716) 853-0265

George Raymond Dieter, Esq.
Law Office of Lori D. Fishman
303 South Broadway, Suite 435
Tarrytown, NY 10591
(914) 524-5742

Thomas J. Leonard, Esq.
Barry, McTiernan & Moore
55 Church Street
White Plains, NY 10601
(914) 946-3814

Re: *Progressive Northern Insurance Co. v. Beltempo*
Civil Action No.: 7:07-cv-04033-CLB
Our File No.: 2563.0072

Ladies and Gentlemen:

We have been advised this date by chambers that Judge Brieant is ill and must adjourn the conference previously scheduled for Friday, June 20, 2008, in the above-referenced matter. Please mark your calendars accordingly.

On behalf of plaintiff Progressive Northern Insurance Company, we have advised the Court that plaintiff does not anticipate a need for further discovery, and that we are prepared to move forward with motions for summary judgment. We were advised in response that the Court can accommodate a return date in August if the motions are to be decided on the briefs, or a return date of September 12, 2008, if oral argument is requested.

SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP

Page 2
All Counsel of Record
June 16, 2008

      Please advise the undersigned at your earliest convenience whether you are agreeable to moving forward with summary judgment motions at this time, and whether you have a preference for the August (without oral argument) or September (with oral argument) return date. We will then coordinate the drafting of a suitable briefing schedule and inform the Court of same.

      Thank you for your attention to this matter.

                                    Very truly yours,
                                    SCHINDEL, FARMAN, LIPSIUS,
                                    GARDNER & RABINOVICH, LLP

                                    Philip A. Bramson

PAB/lp

cc:    Via Facsimile
        Ms. Alice Cama, Chambers of The Honorable Charles L. Brieant (914.390.4085)