UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE NORTHERN INSURANCE
COMPANY,

                Plaintiff,

vs.

DANIEL BELTEMPO, FRANCINE BELTEMPO,
PAMJAM, INC., JILCO EQUIPMENT LEASING
COMPANY, INC., DANA'S PRO TRUCKING
INC., TRAILMOBILE CORP., TRAILMOBILE
PARTS AND SERVICE CORP., THERMO KING
CORP., INGERSOLL-RAND CO., LTD., and
THERMO KING CORP., A UNIT OF
INGERSOLL-RAND COMPANY LTD.,

                Defendants.

Civil Action No. 07-CV-4033 (CS)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

---

TO:    Roger Kunkis, Esq.
        Bauman, Kunkis & Ocasio-Douglas
        14 Penn Plaza, Suite 2208
        New York, NY 10122

        Judith Treger Shelton, Esq.
        Kenney Shelton Liptak Nowak, LLP
        14 Lafayette Square, Suite 510 Rand Building
        Buffalo, NY 14203

        George Raymond Dieter, Esq.
        Law Office of Lori D. Fishman
        303 South Broadway, Suite 435
        Tarrytown, NY 10591

        Thomas J. Leonard, Esq.
        Barry, McTiernan & Moore
        55 Church Street
        White Plains, NY 10601

        PLEASE TAKE NOTICE that on September 12, 2008, at 9:30 A.M. or as soon thereafter as counsel may be heard, plaintiff Progressive Northern Insurance Company will move before the United States District Court for the Southern District of New York, United States

Courthouse, 300 Quarropas Street, White Plains, New York 10601, for an Order granting summary judgment in favor of plaintiff on all counts of the complaint in the above-entitled declaratory judgment action.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, plaintiff will rely on the within memorandum of law, Certification of Philip A. Bramson and exhibits thereto, and Certification of Steven L. Momon and exhibits thereto.

Dated: August 15, 2008
New York, New York

                          SCHINDEL FARMAN, LIPSIUS,
                            GARDNER & RABINOVICH, L.L.P

By: _____
       Philip A. Bramson (PB0054)
       14 Penn Plaza, Suite 500
       New York, New York 10122
       (212) 563-1710
       Attorneys for Plaintiff