# Exhibit A

COPY

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF ORANGE

- - - - - - - - - - - - - - - - - - - - - - -X

DANIEL BELTEMPO and FRANCINE BELTEMPO,

               Plaintiffs,

       -against-

DANA'S PRO TRUCKING, INC., TRAILMOBILE

CORPORATION, TRAILMOBILE PARTS &

SERVICE CORPORATION, THERMO KING

CORPORATION, INGERSOLL-RAND COMPANY

LIMITED, THERMO KING CORPORATION, a

Unit of INGERSOLL-RAND COMPANY LIMITED

and JILCO EQUIPMENT LEASING CO., INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - X

DANA'S PRO TRUCKING, INC.,

             Third-Party Plaintiff,

       -against-

PAMJAM, INC. and JILCO EQUIPMENT LEASING CO.,

            Third-Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - X

             Thursday,

             October 4, 2007

             10:15 a.m.


       EXAMINATION BEFORE TRIAL of the

Third-Party Defendant, PAMJAM, INC., by and

through its Witness, JAMES SLAUGHTER, taken

pursuant to Court Order, held at the

offices of Rockland & Orange Reporting,

198 Main Street, Goshen, , New York, on

the above date and time and before a Notary

Public within and for the State of New York.


       Rockland & Orange Reporting

          20 South Main Street

        New City, New York 10956

           (845) 634-4200

8

1                          James Slaughter

2        them?

3               A.    Since November of last year, of '06.

4               Q.    And what is your present title or

5        position?

6               A.    Equipment Superintendent.

7               Q.    And what do you do as Equipment

8        Superintendent?

9               A.    I oversee the Clinton Point location,

10       mobile equipment, the maintenance and so forth.

11              Q.    You told me that the business of Tilcon

12       New York is rock quarry.

13              A.    That's right.

14              Q.    And by that you mean?  Just so I

15       understand.

16              A.    It's a rock quarry.  We make stone.  We

17       take big rocks and make them into small rocks.

18              Q.    Like for countertops and things like

19       that?

20              A.    No.  Like for roadways, for cement, for

21       aggregate.

22              MR. LEONARD:  Item 4.

23              A.    Item 4.  Your driveway before they pave

24       it.

25              Q.    And prior to working for Tilcon, by whom

9

1                    James Slaughter

2    were you employed?

3              A.    I was with PamJam, Inc.

4              Q.    And what was your title or position with

5    PamJam?

6              A.    I was general manager.

7              Q.    And for how long were you employed with

8    PamJam?

9              A.    Since 2001, since May of 2001.

10             Q.    Did you have an ownership interest in

11   PamJam?

12             A.    Yes.

13             Q.    What was your ownership interest?

14             A.    Myself, my stepfather, my mother.  So a

15   third.

16             Q.    PamJam is a New York State corporation?

17             A.    Yes.

18             Q.    And were you president?  Vice president?

19             A.    Secretary.

20             Q.    Is PamJam still a New York State

21   corporation?

22             A.    PamJam is.

23             Q.    Is it still in business?

24             A.    No.

25             Q.    When did it cease doing business?

```
                                                            10
1                      James Slaughter
2            A.   I'm trying to think of the date.   I
3    would say April of '05 it ceased in trucking.   May of
4    '06 it ceased in -- I had a motorcycle shop which we
5    ran through PamJam.
6            Q.   My next question is what was the
7    business of PamJam?
8            A.   PamJam was a trucking company from '01
9    to '05.
10           Q.   And from '05 to '06, it was the
11   motorcycle --
12           A.   It was the motorcycle company.
13           Q.   Was the trucking company and the
14   motorcycle shop located at the same location?
15           A.   No.
16           Q.   Where was the trucking company located?
17           A.   That was at 57 Plains Road.
18           Q.   In what town?
19           A.   That would be in Walden, New York.
20           Q.   And the motorcycle shop was located
21   where?
22           A.   That was in Wallkill.   That was 12 -- I
23   forgot the address.   1208 -- it was on Route 208 in
24   Wallkill.
25           Q.   That's fine.   And why did the company
```

11

James Slaughter

2  cease its trucking business in April of '05?

3      A.    The company by the name of East West

4  Fresh Farms was our sole company we pulled for, we

5  worked for.  They chose to move out of our area and

6  move out to Harrisburg in November of '04.  We tried

7  to keep the trucking company going and by April, well,

8  before April but by April we just -- it just wasn't

9  happening.  We didn't have any solid contracts, so I

10  chose to do something different on my own.

11      Q.    Did PamJam own any trucks during the

12  time that it was in the trucking business?

13      A.    Yes.

14      Q.    Do you know the make and model of the

15  trucks?

16      A.    1995 Kenworth W900.  That would be the

17  truck in this particular instance.  A 1998

18  Freightliner FLD 120.  We owned a trailer which I

19  don't remember which one it was.  In fact, I think

20  Steve owns it now from Dana's Pro Trucking.  We owned

21  two box trucks, a 1990 Ford, which we still have, and

22  a 1991 GMC, which we still have.

23      Q.    The Ford and the GMC that you still

24  have, are they both still under the PamJam name?

25      A.    No.

16

1                     James Slaughter

2          A.   No.

3          Q.   -- which was a 1995 Kenworth W90?

4          A.   No.

5          Q.   Is there such a vehicle as a Kenworth

6    W90?

7          A.   No.

8          Q.   So there's only a Kenworth W900, to your

9    knowledge?

10         A.   That's right, that's right.

11         Q.   And with regards to those last two

12   questions, I didn't mean whether you owned them or

13   not, but whether they were ever made or in existence.

14         A.   I understand.

15         Q.   You understood that to be that, correct?

16         A.   Yes, yes.

17         Q.   Daniel Beltempo, was he your employee

18   back in January of 2005?

19         A.   Yes.

20         Q.   When was he hired, approximately, if you

21   don't know the exact time?

22         A.   I'm going to say October, September of

23   the prior year.

24         Q.   Of 2004?

25         A.   Of '04.

25

1                    James Slaughter

2          Q.    From the time that you hired

3    Mr. Beltempo up until the time that the accident

4    occurred in January of 2005, did he continuously work

5    for you during that time?

6          A.    Yeah.   I would say while we had the

7    contract with East West Fresh Farms, most of our

8    employees worked with us fairly full-time.

9          Q.    From the time that you hired

10   Mr. Beltempo through January of 2005, approximately

11   how many truck drivers were in the employ of PamJam?

12         A.    I'm going to go out on a wing and say

13   six, seven.

14         Q.    And you would cover from Albany down to

15   the Bronx or would you go --

16         A.    No.   We would go south.   We would go to

17   Philly, we could go as Far East as Boston.

18         Q.    And what type of merchandise were you

19   hauling?

20         A.    We were hauling -- at the beginning with

21   East West it was lettuce.   And then after East West,

22   it would be potatoes, onions, and apples.

23         Q.    Did you have to train Mr. Beltempo for

24   any use of the equipment from the time that he first

25   started working for PamJam up until the time of the

31

1                    James Slaughter

2           A.    I don't remember if it was Dan or if it

3    was Pedro prior.

4           Q.    Was there a particular orchard or a

5    particular location that you had hauled apples from?

6           A.    Um-hum.

7           Q.    Who was that?  And again I'm talking

8    about previously.

9           A.    I don't remember their name for that

10   place.

11          Q.    If I mention the name Chazy Orchards,

12   would that ring a bell?

13          A.    It could be.  I know it was in Chazy.

14          Q.    And how did PamJam come about to use the

15   trailer owned by Dana's Pro Trucking with respect to

16   the January 2005 incident?

17          A.    Either that morning, or the night

18   before, Steve called me.  He was in a pinch.  He

19   needed a 53 foot trailer, as he had in the past.  And

20   he asked if he could take that trailer.  At the time,

21   I didn't have a load going out for it so I let Steve

22   use the trailer.

23               Steve's guy came to pick up the trailer.

24   He had the Thermo King trailer from this instance

25   behind his truck, had dropped it at our farm, and took

32

1                        James Slaughter

2    the 53 foot trailer.

3                    We received a call for the load.  And

4    another driver was out with our other trailer.  He was

5    too far out to wait for.  So Steve said we'd like to

6    use that trailer to do it, then go for it.  So we used

7    it.

8            Q.    If you recall, did Steve request the use

9    of your 53 foot trailer before you got the call to

10   pick up the apples?

11           A.    Yes.  Had I known that we were going to

12   go pick up apples, I would have kept our 53 foot

13   trailer.  And not because of this.  The reason being

14   is that we could have left earlier with the trucks

15   hooked up rather than having to hook up and go.

16           Q.    Did Mr. Beltempo receive instructions on

17   how to use the Thermo King trailer that was owned by

18   Dana's Pro Trucking to go pick up the apples up in

19   Chazy, New York?

20           A.    Yeah.

21           Q.    When was he shown for the first time how

22   to operate that trailer and the reefer system?

23           A.    Well, the trailer and the reefer system

24   itself was similar to ours as far as the switches you

25   flip on and your auto settings.  So we didn't take him