# Exhibit E





David M. Adamson
*Major Case Director*
*Transportation Claims*
651-310-4580
866-874-0223, fax
dadamson@northlandins.com

PO Box 64805
St. Paul, MN 55164-0805

SXM

POSTMARK DATE
2/28/06

February 28, 2006

Progressive Casualty Insurance
PO Box 94739
Cleveland, OH 44101

Re:  Our Insured:       Dana's Pro Trucking
     Our Claim Number:  TN427104-01
     Date of Loss:      January 21, 2005
     Your Insured:      PamJam
     Your Policy:       CA 2121657-1
     Employee:          Daniel Beltempo

RECEIVED
MAR 0 8 2006
CLRU

Dear Sir or Madam:

Mr. Beltempo was involved in an incident as mentioned above.

We are the insurance carrier for Dana's Pro Trucking, and they were sued by Mr. Beltempo.

It is our belief that your policy would have coverage for our insured. Accordingly, we are tendering the defense and indemnity of our insured to your company.

Please contact me to discuss further.

Sincerely,

David M. Adamson
Northland Insurance Company

DMA/jj/5242

RECEIVED BY PF
MAR 0 7 2006
CORPORATE CLAIMS

000233