# Exhibit F

*Progressive Claims Service*
*90 Crystal Run Rd, Ste 305*
*Middletown , NY  10941 7101*

March 09, 2006

(845) 695-6500
Facsimile:  (845) 692-6338
*Progressive.com*

**\*\*CERTIFIED & REGULAR MAIL\*\***

Pamjam Inc
57 Plains Rd
Walden, NY  12586

| | |
|---|---|
| Our Insured: | Pamjam Inc |
| Our Claim #: | 067804850 |
| Our Policy #: | 02121657-1 |
| Date Of Loss: | January 21, 2005 |

We are investigating the loss dated 01/21/2005, which was reported to our company on 03/09/2006.  There appears to be one or more coverage issue(s) regarding this claim.

Your policy, Form CA, Edition 1050, under the section entitled, **YOUR DUTIES**, states, "**For coverage to apply under this policy, you or an insured person must promptly report each accident or loss even if an insured person is not at fault.**"  Your failure/delay in notifying us of this loss, appears to be a violation of the *notice*  provision of your policy.

At this time, the handling of this claim is being conducted under a *Reservation of Rights*.  No action taken, to date, nor any action we take in the future to investigate, explore settlement, or defend a lawsuit arising out of the above captioned claim should be deemed an admission of coverage to you; under policy # 02121657-1  by Progressive Northern Insurance.   Progressive Northern Insurance expressly reserves all rights afforded us under policy of insurance issued to you.

Please contact me, upon receipt of this letter, at 845-695-6512, so we can discuss this matter further.

Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at: 25 Beaver Street, New York, NY 10004;  One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501; or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Sincerely,


Steven G Matte Ext.6512
Claims Representative


Progressive Northern Insurance
SXM/sm

000234