# Exhibit H

*Progressive Claims Service*
*90 Crystal Run Rd, Ste 305*
*Middletown , NY  109417101*

March 19, 2006

*(845) 695-6500*
*Facsimile: (845) 692-6338*
*Progressive.com*

**\*\*CERTIFIED & REGULAR MAIL\*\***

Northland Insurance
Attention David M Adamson
Major Case Director Transportation Claims
Po Box 64805
St Paul, MN  55164

| | |
|---|---|
| Our Insured: | Pamjam Inc |
| Our Claim #: | 067804850 |
| Our Policy #: | 02121657-1 |
| Date Of Loss: | January 21, 2005 |

As you were notified on 3/9/2006, a potential coverage problem existed which needed additional investigation. I have since completed a thorough investigation of this claim and have made every attempt to provide coverage for you. I regret to inform you that your claim cannot be covered by Progressive Northern Insurance.

The reason coverage cannot be provided is this claim was not reported to Progressive in a reasonable manner as outlined by the policy requirements.

If you have any questions, please feel free to contact me directly at 845-695-6512.

Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at:  25 Beaver Street, New York, NY 10004;  One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501; or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Sincerely,

*[signature]*

Steven G Matte Ext.6512
Claims Representative

Progressive Northern Insurance
SXM/sm
cc:     Pamjam, Inc

000236