# Exhibit K

 New York State Insurance Fund

January 25, 2005

DIMARTINO FARMS
57 PLAINS RD
WALDEN, NY 12586

Injured Employee: Daniel Beltempo
Accident Date: 01/21/05
Carrier Case No. 49697683   096

Dear James

Thank you for your time and assistance in reporting the above-referenced accident to the State Insurance Fund on 1/25/05 . Enclosed for your records is a copy of the C-2 which was created from the report you provided on the phone. If there are any discrepancies in the information entered on the C-2, please notify our office by phone at 1-877-467-3863.

If you have any questions or concerns regarding coverage or benefits for the above-referenced claim, please call our Claims Team at            between 8:30 AM and 4:30 PM.

Sincerely,

Customer Service Department

## STATE OF NEW YORK - WORKERS' COMPENSATION BOARD
## EMPLOYER'S REPORT OF WORK-RELATED ACCIDENT/OCCUPATIONAL DISEASE

Send this notice directly to the Chair, Worker's Compensation Board at the address shown on the reverse side within ten days after an accident occurs. **ANSWER ALL QUESTIONS FULLY.** A copy should also be provided to or retained by your workers' compensation insurance carrier.

**Any employer who fails to timely file Form C-2, as required by Section 110 of the Workers' Compensation Law, is subject to a fine of not more than $1000. In addition, the Board or Chair may impose a penalty of up to $2500.**

TYPEWRITER PREPARATION IS STRONGLY RECOMMENDED - INCLUDE ZIP CODE ON ALL ADDRESSES - EMPLOYEE'S S.S. NO. MUST BE ENTERED BELOW

| WCB CASE NO (If Known) | CARRIER CASE NO | CODE NO. | WC POLICY NO. | DATE OF ACCIDENT | EMPLOYEE'S S.S. NO. |
|---|---|---|---|---|---|
|  | 49597683-098 | W204002 | 11737947 | 01/21/05 | 111509287 |

| 1. (a) EMPLOYER'S NAME | (b) EMPLOYER'S MAILING ADDRESS | (c) OSHA CASE/FILE NO. |
|---|---|---|
| DIMARTINO FARMS | 57 PLAINS RD WALDEN, NY 12586 |  |
| (d) LOCATION (If Different From Mailing Address) | (e) NATURE OF BUSINESS (Principal Products, Services, etc.) | (f) NYS U.I. EMPLOYER REG. NO. |

| 2. (a) INSURANCE CARRIER | (b) CARRIER'S ADDRESS |
|---|---|
| THE STATE INSURANCE FUND | 15 COMPUTER DRIVE W., ALBANY, NY 12205 |

| 3. (a) INJURED EMPLOYEE (First, M.I., Last) | (b) ADDRESS | (c) PHONE |
|---|---|---|
| DANIEL BELTEMPO | 52 OLD UNIONVILLE RD WALLKILL, NY 12589 | 845-566-4948 |

**ACCIDENT**

| 4. (a) ADDRESS WHERE ACCIDENT OCCURED | (b) COUNTY | (c) WAS ACCIDENT ON EMPLOYER'S PREMISES? |
|---|---|---|
| 6957 ST RTE9 CHAZY, NY 12921 | CLINTON | NO |

| 5. HOUR EMP. BEGAN WORK | 6. TIME OF ACCIDENT | 7. DEPT WHERE REGULARLY EMPLOYED | 8. (a) DATE STOPPED WORK BECAUSE OF THIS INJURY/ILLNESS | (b) WAS INJURED PAID IN FULL FOR DAY? |
|---|---|---|---|---|
| 10:00AM | 4:45 PM |  | 01/21/05 | YES |

**INJURED PERSON**

| 9. SEX | 10. (a) AGE | (b) DATE OF BIRTH | 11. OCCUPATION | 12. DATE HIRED |
|---|---|---|---|---|
| MALE | 49 | 1/9/56 | DRIVER | 08/16/04 |

| 13. (a) AVERAGE EARNINGS PER WEEK | (b) TOTAL EARNINGS PAID DURING 52 WEEKS PRIOR TO DATE OF ACCIDENT (Include bonuses, overtime, value of lodging, etc.) |
|---|---|
| 600 |  |

| 14. (a) PART OF FULL TIME EMPLOYEE? | (b) INJURED EMPLOYEE'S WORK WEEK |
|---|---|
| FULLTIME | M-F |

**NATURE OF INJURY**

| 15. NATURE OF INJURY AND PART(S) OF BODY AFFECTED | 16. (a) DID YOU PROVIDE MEDICAL CARE? | (b) IF YES, WHEN? |
|---|---|---|
| HEAD | YES | 01/21/05 |

| 17. WAS EMPLOYEE TREATED IN AN EMERGENCY ROOM? YES | 18. WAS EMPLOYEE HOSPITALIZED OVERNIGHT AS AN INPATIENT? NO |
|---|---|

| 19. (a) NAME AND ADDRESS OF DOCTOR | (b) NAME AND ADDRESS OF HOSPITAL |
|---|---|
|  | CVPH MEDICALCENTER  75 BEEKMAN ST PLATTSBURGH, NY 12901 |

| 20. (a) HAS EMPLOYEE RETURNED TO WORK? | (b) IF YES, DATE | (c) AT WHAT WEEKLY WAGE? |
|---|---|---|
| NO |  |  |

NOTE: FORM C-11 MUST BE FILED EACH TIME THERE IS A CHANGE IN EMPLOYMENT STATUS

**CAUSE OF ACCIDENT**

21. WHAT WAS EMPLOYEE DOING WHEN INJURED? (Please be specific, identify tools, equipment or material the employee was using.)
CLT LOADED HIS TRUCK AT CHAZY ORCHARDS DROVE ONE MILE SOUTH AND PULLED TO THE SIDE OF THE ROAD TO CHECK REFRIGERATION ON THE TRUCK. CLT WAS ON THE TRUCK ON THE DRIVER SIDE OF SLEEPER TRYING TO START REFRIGERATION UNIT AND FELL OFF THE TRUCK HIT HEAD ON THE ROAD. A PASSENGER CAME BY AND HELP CLT.
A FIRE COMPANY RESPONDED TO ACCIDENT. CLT WAS TRANSFERRED FROM CVPH TO FLETCHER ALLEN HOSPITAL BURLINGTON, VT.

22. HOW DID THE ACCIDENT OR EXPOSURE OCCUR? (Please describe fully the events that resulted in injury or occupational disease. Tell what happened and how it happened. Please use separate sheet if necessary.)
CLT LOADED HIS TRUCK AT CHAZY ORCHARDS DROVE ONE MILE SOUTH AND PULLED TO THE SIDE OF THE ROAD TO CHECK REFRIGERATION ON THE TRUCK. CLT WAS ON THE TRUCK ON THE DRIVER SIDE OF SLEEPER TRYING TO START REFRIGERATION UNIT AND FELL OFF THE TRUCK HIT HEAD ON THE ROAD. A PASSENGER CAME BY AND HELP CLT.
A FIRE COMPANY RESPONDED TO ACCIDENT. CLT WAS TRANSFERRED FROM CVPH TO FLETCHER ALLEN HOSPITAL BURLINGTON, VT.

23. OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE, e.g. the machine struck against or which struck him/her, the vapor or poison inhaled or swallowed, the chemical that irritated his/her skin. In case of strains, the thing (s)he was lifting, pulling, etc.

**FATAL CASES**

| 24. (a) DATE OF DEATH | (b) NAME/ADDRESS OF NEAREST RELATIVE | (c) RELATIONSHIP |
|---|---|---|

**PREPARATION**

| DATE EMPLOYER/SUPERVISOR FIRST KNEW OF INJURY | DATE OF THIS REPORT | IF FORM IS SUBMITTED BY EMPLOYER, COMPLETE A&B BELOW  IF FORM IS SUBMITTED BY THIRD PARTY, COMPLETE A, B, C & D BELOW |
|---|---|---|
| 01/21/05 | 1/25/05 |  |

| A. EMPLOYEE PREPARING FORM OR SUPPLYING INFORMATION TO THIRD PARTY | B. TITLE | TELEPHONE NO. & EXTENSION |
|---|---|---|
| JAMES SLAUGHTER | GM | 845-529-4105 |

C. IF REPORT PREPARED BY THIRD PARTY, COMPANY NAME AND ADDRESS

| D. THIRD PARTY CONTACT NAME | TELEPHONE NO. & EXTENSION |
|---|---|
| BILL LIBERIS |  |

C-2(10-97)   C-2   C-2   C-2   C-2   C-2